HELEN SMOLENSKI, RESPONDENT, v. EASTERN COAL DOCK COMPANY, APPELLANT.

Submitted July 6, 1915—Decided October 15, 1915.

On appeal from the Supreme Court, whose opinion is reported in 87 *N. J. L.* 26.

For the respondent, *John A. Coan.*

For the appellant, *Collins & Corbin.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Swayze in the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, GARRISON, TRENCHARD, BERGEN, MINTURN, BLACK, VREDENBURGH, WILLIAMS, TAYLOR, JJ.   10.

*For reversal*—None.